IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ALAA-EDDINE ABOU-ELMAJD, | ) | |
| | ) | |
| Petitioner, | ) | Civil Case No. 06-1154-KI |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALBERTO R. GONZALES, U.S. Attorney General; ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation; MICHAEL A. CANNON, National Namecheck Section Chief, FBI; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services; and WILLIAM McNAMEE, District Director, U.S. Citizenship and Immigration Services, | ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Page 1 - ORDER

James K. Hein
Brent W. Renison
Tonkon Torp LLP
888 S.W. Fifth Avenue, Suite 1600
Portland, Oregon 97204

    Attorneys for Petitioner

Karin J. Immergut
United States Attorney
District of Oregon
Kenneth C. Bauman
Assistant United States Attorney
United States Attorney's Office
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

    Attorneys for Respondent

KING, Judge:

    After reviewing plaintiff's Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (#34), and having received no opposition from the government, it is hereby ORDERED that attorney fees in the amount of $23,404.20 and costs in the amount of $403.20, shall be awarded pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, for a total amount of $23,807.40.

    IT IS SO ORDERED.

    Dated this   3rd   day of January, 2007.

                            /s/ Garr M. King
                            Garr M. King
                            United States District Judge